PROB 22
(Rev. 8/97)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** (Tran. Court)
4:00CR00845-001

**DOCKET NUMBER** (Rec. Court)
CR 04-30010

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Luis Cortez<br>423 Page Boulevard<br>Springfield, MA 01104 | SOUTHERN DISTRICT OF TEXAS | Houston |
| | NAME OF SENTENCING JUDGE | |
| | Honorable David Hittner | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/21/03 — TO 11/20/0? |

**OFFENSE**

Possession with intent to distribute 500 grams or more of cocaine

United States Courts
Southern District of Texas
FILED
MAR 3 1 2004
Michael N. Milby, Clerk of Court

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the District of Massachusetts on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

March 3, 2004
Date

/s/ David Hittner
United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

March 17, 2004
Effective Date

/s/ Michael A. Ponsor
United States District Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
Deputy Clerk