◎AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF | MASSACHUSETTS

UNITED STATES

**v.**

LUIS CORTEZ,

a/k/a "Rudy Alberto Rodriguez"

**APPEARANCE**

Case Number:    04-CR-30010

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

| September 10, 2008 | /s/ Todd E. Newhouse |
|---|---|
| Date | Signature |

Todd E. Newhouse
Print Name                                                                                      Bar Number

1550 Main St., Room #310
Address

Springfield        MA        01103
City                    State          Zip Code

(413) 785-0235            (413) 785-0394
Phone Number                                  Fax Number